**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

DARNELL LAMAR HARRIS,     )
                             )
     Plaintiff,        )
                             )
v.                          )     CASE NO. CV420-127
                             )
OFFICER DABNEY, Correctional )
Officer; CORPORAL SMALLS; and )
CORRECT HEALTH MEDICAL;     )
                             )
     Defendants.      )
                             )

**O R D E R**

Before the Court is the Magistrate Judge's April 13, 2021, Report and Recommendation (Doc. 6), to which Plaintiff has responded (Doc. 7). In the report and recommendation, the Magistrate Judge recommended dismissing the case without prejudice due to Plaintiff's failure to provide the forms necessary to proceed in forma pauperis. (Doc. 6 at 1.) In response, Plaintiff appears to argue that he has not received any documents from the Court regarding this case. (Doc. 7 at 1.) However, despite clearly receiving the report and recommendation to which he is responding, Plaintiff does not provide, or promise to provide, the missing forms that the Magistrate Judge identified. (Id.) Accordingly, after a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case.

Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 26th day of August, 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA